NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**KONAMI GAMING INC.,**
*Plaintiff-Appellee*

**v.**

**HIGH 5 GAMES, LLC,**
*Defendant-Appellant*

_____

2022-1370

_____

Appeal from the United States District Court for the District of Nevada in No. 2:14-cv-01483-RFB-NJK, Judge Richard F. Boulware, II.

_____

**JUDGMENT**

_____

KRISTOPHER K. HULLIBERGER, Howard & Howard Attorneys PLLC, Royal Oak, MI, argued for plaintiff-appellee. Also represented by PATRICK MICHAEL MCCARTHY, CHRISTOPHER J. WORREL; W. WEST ALLEN, Las Vegas, NV.

ROBERT C. RYAN, Holland & Hart LLP, Reno, NV, argued for defendant-appellant. Also represented by TEAGUE I. DONAHEY, Boise, ID; JONATHAN A. FALLON, High 5 Games, LLC, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 14, 2023 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |